# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

144278

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

4G INNOVATION LLC,
     Plaintiff-Appellant,

v

ETAS, INC.,
     Defendant/Third-Party
     Plaintiff-Appellee,

v

WILLIAM L. MILLER,
     Third-Party Defendant.

SC: 144278
COA: 296786
Washtenaw CC: 08-001162-CK

_____/

On order of the Court, the application for leave to appeal the October 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

h0514